UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Keona Brown,
Plaintiff

Complaint

v.

City of Boston,
Boston Police Department,
Toyota Financial Services,
Defendants.

Civil Action No. [To be assigned]

**COMPLAINT FOR DAMAGES**

Pursuant to 42 U.S.C. § 1983 and Related Claims

---

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1983 for violations of the Plaintiff's federal constitutional rights.
2. Venue is proper in the District of Massachusetts under 28 U.S.C. § 1391 because all events occurred in Boston, MA, and the Plaintiff resides in Suffolk County.

---

## II. PARTIES

3. **Plaintiff**, Keona Brown, is a resident of Boston, MA, and was the registered owner of the vehicle wrongfully seized.
4. **Defendant City of Boston** is a municipal entity acting through its police department and administrative arms.
5. **Defendant Boston Police Department** is an agency of the City responsible for the seizure, handling, and impoundment of vehicles.
6. **Defendant Toyota Financial Services** is a lender and creditor that pursued ongoing debt collection related to the Plaintiff's vehicle.

---

## III. FACTUAL BACKGROUND

7. In **February 2019**, Plaintiff's vehicle was towed without proper notice by the Boston Police Department.

8. Plaintiff **never received a notice of towing or seizure**, and her vehicle was later discovered through a **VIN search in June 2025** to have been transferred to **New Hampshire**.
9. Plaintiff **repeatedly contacted** the Boston Police Department and Toyota Financial Services in **2019–2025** but received no valid resolution or proof of lawful seizure or sale.
10. Despite years of effort, the vehicle was never returned, and Plaintiff was **subjected to harassment from collection agencies**, causing significant emotional and financial hardship.
11. Plaintiff has suffered **ongoing distress, transportation loss, and loss of income**, as well as interference with her parenting and housing stability.
12. On **June 24, 2025**, the City of Boston **denied her claim** on the grounds of being "untimely," despite the continuing nature of the harm and delayed discovery of facts.
13. Plaintiff qualifies for **equitable tolling** due to disability, domestic violence, housing instability, and the fact that she was **unaware of key facts** until well after the alleged limitations period expired.

---

## IV. LEGAL CLAIMS

### COUNT I – Violation of Due Process (Fourteenth Amendment)

14. Plaintiff was deprived of her vehicle and property **without notice, hearing, or an opportunity to contest** the seizure, in violation of the **Fourteenth Amendment**.
15. Defendants failed to provide any legal documentation, court order, or auction notice.

### COUNT II – Unlawful Seizure of Property

16. The City and Boston Police Department violated Plaintiff's rights under the **Fourth and Fourteenth Amendments** by **unlawfully towing and disposing** of her vehicle.

### COUNT III – Intentional Infliction of Emotional Distress

17. Defendants' actions over a **6-year period**, including ignoring disputes and using collection harassment, caused Plaintiff **severe emotional harm**, humiliation, and financial burden.

### COUNT IV – Violation of Massachusetts Civil Rights Act (M.G.L. c. 12 § 11H, § 11I)

18. The continued denial of property rights and failure to notify Plaintiff constitutes a **violation of Massachusetts civil rights law**, including deprivation under color of law.

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

- Award **monetary damages** in an amount to be determined at trial
- Award **compensatory damages** for emotional distress and loss of property
- Order a **declaratory judgment** that her due process rights were violated
- Grant **injunctive relief** as appropriate
- Award **court costs and legal fees**
- Grant any additional relief the Court deems just and proper

**Respectfully submitted,**
**Keona Brown**
Plaintiff, Pro Se
147 Bowdoin St, Boston, MA 02122 Unit 1
Phone: (661) 402-1224  Cell: 857-246-1950
Email: K.Jmatchedmyfly@gmail.com

Complaint 7.29.25

*Keona Brown*