UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KEONA BROWN,  Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil No. 25-12121-LTS |
| BOSTON POLICE DEPARTMENT, et al., Defendants. | ) ) ) ) ) | |

ORDER
February 27, 2026

SOROKIN, J.

Keona Brown initiated this action by filing a complaint accompanied by a motion for leave to proceed *in forma pauperis*. By Memorandum and Order dated December 8, 2025, Brown was granted leave to proceed *in forma pauperis*. The Memorandum and Order stated that if she wishes to proceed with this action, she must file an amended complaint that cures the pleading deficiencies and that sets forth a plausible claim upon which relief may be granted. The Memorandum and Order further stated that failure to comply within thirty-five (35) days of the date of the Memorandum and Order will result in dismissal of this action.

To date, Brown has not filed an amended complaint and the time to do so expired. Accordingly, and in accordance with the Court's Memorandum and Order, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge