UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEONA BROWN,<br>    Plaintiff,<br><br>v.<br><br>BOSTON POLICE DEPARTMENT, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 25-12121-LTS<br>)<br>)<br>)<br>)<br>) |

ORDER OF DISMISSAL

SOROKIN, J.

For the reasons stated in the Order dated February 27, 2026, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

                                                    ROBERT M. FARRELL
                                                  CLERK OF COURT

Dated: 02/27/2026                           By /s/ Samantha Dore
                                                           Deputy Clerk